Exhibit E







### TJX Arbitration Agreement - Option to Decline Participation

**Welcome to the TJX Your Voice. Your Choice. website**

As a recently hired Associate, you have the option to decline participation in the TJX Arbitration Agreement that was included in your New Hire packet. If you wish to decline participation in the Agreement, please follow the steps below:

- Indicate your decision to decline participation in the Arbitration Agreement by selecting the radio button to decline, and enter your first and last name in the box provided
- If under 18 years old, you must obtain a parent or legal guardian's online consent
- Click the Finish button to submit your selection

*Please note that if you do not decline to participate in the TJX Arbitration Agreement within 45 days of your date of hire, continuing your employment constitutes your acceptance of the terms of the Agreement.*

Thank you.



[ ] **Click here to launch the Agreement.**

I UNDERSTAND AND AGREE TO THE USE OF AN ELECTRONIC METHOD OF SIGNATURE TO DEMONSTRATE MY DECISION TO DECLINE PARTICIPATION IN THE TJX ARBITRATION AGREEMENT. I UNDERSTAND THAT MY ELECTRONIC SIGNATURE IS AS LEGALLY BINDING AS AN INK SIGNATURE. I AGREE THAT THIS ELECTRONIC COMMUNICATION SATISFIES ANY LEGAL REQUIREMENT THAT SUCH COMMUNICATION BE IN WRITING. I UNDERSTAND THAT I MAY PRINT A COPY OF THIS AGREEMENT FOR MY RECORDS.

[ ] I am 18 years of age or older.

**Signature**             **Date:** Friday, June 01, 2018

[ ] I decline to participate in this Agreement.    [_____] (Type first and last name)

**Please note your decision to decline is not complete until you type your name next to your selection and click the FINISH button below.**

CONSENT OF PARENT OR LEGAL GUARDIAN (REQUIRED IF ASSOCIATE IS UNDER 18 YEARS OF AGE)

| | |
|---|---|
| Parent or Legal Guardian Signature (Type first and last name): | |
| Date: | |

Case 2:18-cv-01853-AB   Document 11-7   Filed 06/14/18   Page 5 of 6

**REMINDER: In order to submit, you must click FINISH.**

