Exhibit F

**Agresti, Janice Sued**

| | |
|---|---|
| **From:** | Agresti, Janice Sued |
| **Sent:** | Tuesday, June 12, 2018 12:43 PM |
| **To:** | Julia Clark |
| **Subject:** | Re: Johns v. TJ Maxx - Arbitration Agreement |

Julia,
Last week you mentioned you would confer with your client regarding arbitration. Are you willing to stipulate to arbitration?

Thank you.

Best,
Janice

Sent from my iPhone

On Jun 4, 2018, at 3:58 PM, Julia Clark <jclark@karpf-law.com> wrote:

> Janice,
>
> This is the first that I am hearing of any arbitration agreement - certainly it was not discussed during our conference last week. I will need to confer with my client regarding this and will let you know what her position is. Assuming that your client is going to attempt to enforce this, one option that we would (potentially) be willing to consider for efficiency sake, is agreeing to proceed with a bench trial. This would allow the case to continue without needless delay and would certainly save your client a tremendous amount of money in arbitration fees.
>
> Please discuss with your client and let me know your thoughts.
>
> Thanks,
>
> Julia
>
> On Mon, Jun 4, 2018 at 3:53 PM, Agresti, Janice Sued <JAgresti@littler.com> wrote:
>
> Julia,
>
> Attached please find the arbitration agreement. You will note that it is unsigned. We were able to confirm, however, that Ms. Johns did not opt out electronically or respond within 45 days— either of which would have allowed her to opt out of arbitration. That is attached as well.
>
> Thank you.

Best,

Janice

**Janice Sued Agresti,** Attorney At Law

267.402.3052 direct   JAgresti@littler.com
Three Parkway, 1601 Cherry Street, Suite 1400 | Philadelphia, PA 19102-1321

<image002.jpg>   | littler.com
Employment & Labor Law Solutions Worldwide

--------------------------
This email may contain confidential and privileged material for the sole use of the intended
recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are
not the intended recipient (or authorized to receive for the recipient), please contact the sender by
reply email and delete all copies of this message.

Littler Mendelson, P.C. is part of the international legal practice Littler Global, which operates
worldwide through a number of separate legal entities. Please visit www.littler.com for more
information.

--

Julia W. Clark, Esq.

Karpf, Karpf & Cerutti, P.C.
3331 Street Road
Two Greenwood Square
Suite 128
Bensalem, PA 19020
(215) 639-0801 phone
(215) 639-4970 fax
www.karpf-law.com

All information and attachments in this message contain privileged and confidential
communication. If the reader of this message is not the intended recipient, or any employee or
agent responsible for delivering this message to the intended recipient, you are hereby notified
that any dissemination, distribution, or copying of this communication is strictly prohibited. If
you have received this communication in error, please notify the sender immediately by replying
to the message and deleting it from your computer. Thank you.