IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TARA JOHNS | : | CIVIL ACTION |
| | : | |
| vs. | : | |
| | : | |
| MARMAXX OPERATION CORP. | : | NO.  18-1853 |

O R D E R

**AND NOW, TO WIT:**   30th   day,   July   2018, it having been reported that the issues between the parties in the above action has been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court , it is

**ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel without costs.

                                    **Kate Barkman,  Clerk of Court**

                                    s/Marie O'Donnell
**BY:**  _____
                                      Marie O'Donnell
                                      Civil Deputy/Secretary

Civ 2 (8/2000)
41(b).frm

 COPIES VIA ECF ON    7/30/2018